No. 12–914. BACH v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 12–922. MARICOPA COUNTY, ARIZONA, ET AL. v. WAGNER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VOGEL. C. A. 9th Cir. Certiorari denied.

No. 12–925. LEWIS v. SUTHERS, ATTORNEY GENERAL OF COLORADO, ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–943. SUBRAMANIAN v. QAD, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–947. CRONIN ET AL. v. SPOKANE POLICE DEPARTMENT ET AL. Ct. App. Wash. Certiorari denied.

No. 12–948. RUMBURG v. MCHUGH, SECRETARY OF THE ARMY. C. A. 6th Cir. Certiorari denied.

No. 12–959. CASTILLA-LUGO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6578. GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7049. OWENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7119. MENDOZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7504. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–7936. MCCASKEY v. HENRY ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–7947. PATTERSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–7950. WHITE v. OHIO. Sup. Ct. Ohio. Certiorari denied.